UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-8259-GHK (RCx) | Date | December 29, 2008 |
|---|---|---|---|
| Title | *Stone v. Countrywide Mortgage* | | |

**Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**      **(In Chambers) Order to Show Cause**

As a court of limited jurisdiction, *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), we must determine the issue of subject matter jurisdiction before reaching the merits of a case. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

On December 15, 2008, Plaintiff Mike Stone ("Plaintiff") filed the above-captioned Complaint in this Court. Plaintiff did not allege subject matter jurisdiction. The party seeking to establish jurisdiction bears the burden of proving such. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Therefore, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **within twelve (12) days**, as to why this matter should not be dismissed because this court lacks subject matter jurisdiction.

Plaintiff's failure to timely and adequately show cause as required herein shall be deemed Plaintiff's admission that this Court lacks subject matter jurisdiction. In that event, this action shall be dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk | AB for Bea